**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-1068-ACL |
| | ) | |
| CENTURION HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER OF TRANSFER</u>**

This matter is before the Court upon review of the complaint filed by self-represented Plaintiff Kenneth Hale, an inmate at Algoa Correctional Center in Jefferson City, Missouri. For the reasons explained below, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case under 42 U.S.C. § 1983 against Centurion Health, Trevor Foley, Capital Region Medical Center/Missouri University Medical Center, Nurse Practitioner Jane Doe, and Nurse Andrea Unknown. ECF No. 1. Plaintiff alleges he has had a tumor or cyst on the back of his neck for months. *Id*. at 14. He has received intermittent treatment, but continues to suffer severe symptoms, including blood and pus draining from the site. *Id*. at 14-18. He complains that Nurse Practitioner Jane Doe and Nurse Andrea Unknown failed to provide any treatment for him and he had to rely on other prisoners to help him dress the wound. *Id*. He further complains that his treatment is continuing to be delayed. *Id*. The events complained of and the defendants in this action are in Jefferson City, Missouri which is in Cole County, Missouri, and within the boundaries of the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5).

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, Plaintiff's claims arise entirely from events which occurred in the Western District of Missouri, and all defendants reside in the Western District of Missouri. Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri for all further proceedings.

Furthermore, Plaintiff filed an application to proceed in district court without prepaying fees or costs. ECF No. 2. Having reviewed the application and the financial information submitted in support, the Court will grant the motion to proceed *in forma pauperis*, subject to modification by the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1915(a). All other pending motions will be denied at this time.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1404(a).

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed in district court without prepaying fees or costs [ECF No. 2] is **GRANTED**, subject to modification by the United States District Court for the Western District of Missouri.

**IT IS FURTHER ORDERED** that Plaintiff's motion for counsel [ECF No. 3] is **DENIED** without prejudice.

Dated this 27th day of July, 2026.

s/*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE